**GLOBE WERNICKE COMPANY, Appellant, v. RECONSTRUCTION FINANCE CORPORATION, Appellee.**

No. 8892.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1942.

Kunkel & Kunkel, of Cincinnati, Ohio, for appellant.

L. L. Towell, Clan Crawford, and Squire, Sanders & Dempsey, all of Cleveland, Ohio, and James M. DeCamp, of Cincinnati, Ohio, for appellee.

Before HICKS, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, the briefs and arguments of counsel. In consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the District Court filed December 14, 1940, 35 F.Supp. 909.

**GRAND RIVER DAM AUTHORITY, a Public Corporation, v. George SQUIRREL et al.**

No. 2353.

Circuit Court of Appeals, Tenth Circuit.

Feb. 26, 1942.

Q. B. Boydstun, Grand River Dam Authority, of Vinita, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., and S. R. Lewis, both of Tulsa, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**R. H. GREEN, A. M. Green and J. B. Green, Doing Business as Green & Green, v. LUDFORD FRUIT PRODUCTS, Incorporated.**

No. 10066.

Circuit Court of Appeals, Ninth Circuit.

Feb. 26, 1942.

Brezina & Buckingham and Joseph F. Westall, all of Los Angeles, Cal., for appellants.

Rupert B. Turnbull, of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein, D.C., 39 F.Supp. 985, dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Abraham SOPHIAN.**

No. 12212.

Circuit Court of Appeals, Eighth Circuit.

Jan. 30, 1942.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John H. McEvers and Reece A. Gardner, both of Kansas City, Mo., for respondent.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of petitioner and consent of respondent.